■ In the Matter of Don Juan Britt, Petitioner, v Glenn S. Goord, as Commissioner of Correctional Services, Respondent. [838 NYS2d 793]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respon-

dent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court by letter that the determination at issue has been administratively reversed and all references thereto have been expunged from petitioner's institutional record. Accordingly, as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the petition is dismissed as moot (*see Matter of Spirles v Goord*, 298 AD2d 732 [2002]).

Cardona, P.J., Mercure, Carpinello, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.